| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| M. Jonathan Hayes (Bar No. 90388)<br>Roksana D. Moradi (Bar No. 266572)<br>Law Offices of M. Jonathan Hayes<br>9700 Reseda Blvd., Suite 201<br>Northridge, CA 91324<br>Telephone:  (818)882-5600<br>Facsimile:  (818)882-5610<br>jhayes@hayesbklaw.com<br>roksana@hayesbklaw.com | |
| ☑ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - <u>SAN FERN.VALLEY</u> DIVISION

| In re:<br><br><br>KENNETH L. HAZZ,<br>MICKI L. HAZZ,<br><br><br><br>Debtor(s). | CASE NO.: 1:11-bk-13068-GM<br>CHAPTER: 13<br><br>**DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(d)]**<br><br>DATE: 5/17/2011<br>TIME: 1:00 p.m.<br>COURTROOM: 303<br>PLACE: US Bankruptcy Court<br>      21041 Burbank Blvd.<br>      Woodland Hills, CA 91367 |

NAME OF CREDITOR HOLDING JUNIOR LIEN ("Respondent"): <u>GMAC MORTGAGE</u>

A. **Property at Issue:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (hereinafter, "Lien") encumbering the following real property (hereinafter, the "Property"), which is the principal residence of debtor(s):

    *Street Address:*    <u>3836 CLAIRE COURT</u>
    *Unit Number:*
    *City, State, Zip Code:*    <u>NEWBURY PARK, CA 91320</u>

    Legal description or document recording number (including county of recording):
    ☐ See attached page.    Tract 4862O2   Lot 27   Ref: 132 mr 17
                         Cndo Plan 980101310   Unit# 54

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010            Page 1            F 4003-2.4.MOTION

**B. Case History:**

1. A voluntary petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☑ 13 was filed on: 3/11/11

2. ☐ An Order of Conversion to Chapter 13 was entered on *(specify date)*:

**C. Grounds for Avoidance of Junior Lien:**

1. As of 4/5/11 , the Property is subject to the following liens in the amounts specified securing the debt against the Property, which the debtor seeks to have treated as indicated:

   i. GMAC MORTGAGE in the amount of $ 594,813.65 .

   ii. GMAC MORTGAGE in the amount of $ 102,529.79 ☑ is ☐ is not to be avoided;

   iii. _____ in the amount of $ _____ ☐ is ☐ is not to be avoided;

      ☐ See attached page for additional lien(s).

2. As of 3/16/11 , Property is worth no more than $ 550,000.00 .

   a. As a result, Respondent's Lien encumbering the Property is wholly unsecured.

3. Evidence in Support of Motion:

   a. ☑ The amount of the lien identified in paragraph C(1)(i) is based on ACCOUNT STATEMENT , attached hereto and identified as Exhibit A .

   b. ☑ The amount of the lien identified in paragraph C(1)(ii) is based on ACCOUNT STATEMENT , attached hereto and identified as Exhibit B .

   c. ☐ The amount of the lien identified in paragraph C(1)(iii)) is based on_____, attached hereto and identified as Exhibit ___ .

   d. ☐ The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit ___.

   e. ☑ The value of the Property from paragraph C(2) is based on AN APPRAISAL , attached as

   f. ☑ Exhibit C .

   g. ☑ Debtor submits the attached Declaration(s).

   h. ☐ Other evidence *(specify)*: _____

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                          Page 2                          **F 4003-2.4.MOTION**

4.  WHEREFORE, Debtor prays that this Court issue an Order granting the following relief:

   a.  That the Property is valued at no more than $ 550,000.00 _____.

   b.  That no payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance payments are not to be made, before the Debtor's ☐ completion of the chapter 13 plan, or ☑ receipt of a chapter 13 discharge.

   c.  That the Respondent's claim on the junior position lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.

   d.  That the avoidance of the Respondent's junior lien is contingent upon: The Debtor's ☐ completion of the chapter 13 plan, or ☑ receipt of a chapter 13 discharge.

   e.  That the Respondent shall retain its lien in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to the Debtor's ☐ completion of the chapter 13 plan, or ☑ receipt of a chapter 13 discharge.

   f.  That in the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes the Respondent's lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the Respondent's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

5.  ☐ See attached continuation page for additional provisions.

Dated: _____4.6.11_____

Respectfully submitted,

By: _____
Signature of Debtor or Attorney for Debtor

Name: __ROKSANA D. MORADI, ESQ.__
Type Name of Debtor or Attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                      Page 3                                      F 4003-2.4.MOTION

## SUPPORTING DECLARATION OF DEBTOR
## MICKI L. HAZZ

I, Micki L. Hazz, declare and state as follows:

1.    I am one of the Debtors herein. My husband and I own 3836 Claire Court, Newbury Park, CA 91320 (the "Real Property" which is subject to this motion). If called as a witness I could and would competently testify to the herein facts in support of this *MOTION TO AVOID JUNIOR LIEN*. I have personal knowledge of each and every fact herein.

2.    On March 11, 2011, my husband and I filed a Chapter 13 petition commencing this case.

3.    Since my husband and I purchased the Property in question, we have continuously resided there with our daughters.

4.    The first priority trust deed holder on our home is GMAC Mortgage (account number ending in (0220), and it is currently owed $594,813.65, per its Account Statement, a true and correct copy of which is attached hereto as ***Exhibit "A".***

5.    The second trust deed holder on our home is GMAC Mortgage (account ending in 2063), and it is currently owed $102,529.79, per its Account Statement, a true and correct copy of which is attached hereto as ***Exhibit "B".***

6.    It is my opinion that the value of the property is $550,000.00.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed this 6th day of April, 2011 in the town of Northridge, County of Los Angeles, State of California.


By:    __/s/ Micki L. Hazz__
MICKI L. HAZZ

LAW OFFICES
M. Jonathan Hayes

1

## DECLARATION OF SHARRON McBROOM, SRA

I, Sharron McBroom, declare and state as follows:

1.    I am a licensed real estate appraiser (state certification no. AR023693) and have been so in good standing in the County of Los Angeles, State of California.

2.    I work for McBroom and Company located at 9910 Donna Ave., Northridge, CA 91324, and have conducted hundreds of appraisals of single family dwellings.

3.    I am qualified to make this declaration based upon my knowledge of real estate appraising, as set forth further in the Appraiser's Report that is attached and incorporated by this reference and attached hereto as *Exhibit C.*  I prepared the report for the purpose of determining the value of the Real Property located at 3836 Claire Court, Newbury Park, CA 91320.  In the course of preparing the Appraisers Report I followed the practices and procedures required of my profession in determining the value of the Real Property.  I have no pre-existing relationship with Kenneth or Micki Hazz, or their accountants or legal counsel.  I do not own an interest in the Real Property and have not been offered an interest in it.  I was compensated $400.00 for my services at the time I delivered the Appraiser's Report.

4.    Based upon the evaluation and analysis prepared it is my professional opinion, as supported by the attached Appraiser's Report, that the value of the Real Property, as of the date of the Appraiser's Report is approximately $550,000.00.

Executed this 5th day of April, 2011 in the City Northridge, County of Los Angeles, State of California.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

_____
Sharron McBroom, SRA    SRA

# EXHIBIT A

# GMAC Mortgage

PO BOX 4622
WATERLOO IA 50704-4622

CUSTOMER INFORMATION

| | | PROPERTY ADDRESS |
|---|---|---|
| Name: | Kenneth Hazz | 3836 CLAIRE COURT |
| | Micki Hazz | THOUSAND OAKS   CA 91320 |
| Account Number: | 0713910220 | |
| Home Phone #: | (805)498-4475 | |

02/13/10 11.00 3.  0606110 25110303 KC016100 FUREG   1 OZ .DOM KCD1610000* 146316...FU

KENNETH HAZZ
MICKI HAZZ
3836 CLAIRE COURT
THOUSAND OAKS CA  91320-4930



Customer Care Inquiries:     1-866-725-0782

Please verify your mailing address, borrower and co-borrower information.  Make necessary corrections on this portion of the statement, detach and mail to address listed for Inquiries on the reverse side.

## Account Information

| | |
|---|---|
| Account Number | 0713910220 |
| Statement Date | March 01, 2011 |
| Maturity Date | September 01, 2035 |
| Interest Rate | 3.25000 |
| Interest Paid Year-to-Date | $3,221.90 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $805.69 |
| Principal Balance(PB)* | $594,813.65 |

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $1,610.95 |
| Subsidy/Buydown | $0.00 |
| Escrow | $596.93 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $2,207.88 |
| Account Due Date | April 01, 2011 |

**For questions on the servicing of your account,
call 1-866-725-0782.**

## Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 03/01/11 | 02/23/11 | $2,207.88 | | $1,610.95 | $596.93 | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the
Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

## Important News

!Attention Military Families!  At GMAC Mortgage we are committed to doing what we can to
support our customers in the military.  If you or a member of your family  are in the military
and are experiencing a financial hardship, please contact us at 866-961-1412 or email us at
Military.Families@gmacm.com to discuss your situation and identify possible alternatives.

**See Reverse Side For Important Information And State Specific Disclosures**

# EXHIBIT B

# GMAC Mortgage Account Statement

## CUSTOMER INFORMATION

**GMAC Mortgage**

| | | PROPERTY ADDRESS |
|---|---|---|
| Name: | Kenneth Hazz | 3836 CLAIRE COURT |
| | Micki Hazz | THOUSAND OAKS    CA 91320 |
| Account Number: | 8686282063 | |
| Home Phone #: | (805)498-4475 | |

Visit us at www.gmacmortgage.com for
account information or to apply on-line.

02/11/10 11:00 3   0006216 2011C207 KB0641103 GM7EG   2 OZ DCM KB05410000* 146316   GM

|||||||||||||||||||||||||||||||||||||

KENNETH HAZZ
MICKI HAZZ
3836 CLAIRE CT
THOUSAND OAKS CA  91320-4930



For information about your existing account,
please call: 1-800-766-4622.

For information about refinancing or obtaining
a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information.  Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

## Account Information

| | |
|---|---|
| Account Number | 8686282063 |
| Statement Date | February 01, 2011 |
| Maturity Date | November 01, 2050 |
| Interest Rate | 5.00000 |
| Interest Paid Year-to-Date | $427.49 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $102,529.79 |

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $495.37 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $495.37 |
| Account Due Date | March 01, 2011 |

For Customer Care inquiries call: 1-800-766-4622
For Insurance inquiries call:        1-800-256-9962
For Payment Arrangements call:  1-800-850-4622

## Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 02/01/11 | 01/27/11 | $495.37 | $67.88 | $427.49 | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the
Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

## Important News

**!Attention Military Families!**  At GMAC Mortgage we are committed to doing what we can to
support our customers in the military.  If you or a member of your family  are in the military
and are experiencing a financial hardship, please contact us at 866-961-1412 or email us at
Military.Families@gmacm.com to discuss your situation and identify possible alternatives.

## See Reverse Side For Important Information And State Specific Disclosures

1  **NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

2

3  **PROOF OF SERVICE OF DOCUMENT**
I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9700 Reseda Blvd., Suite 201, Northridge, CA 91324

4

5  A true and correct copy of the foregoing document described as **NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE; DECLARATIONS OF MICKI L. HAZZ AND SHARRON McBROOM, SRA IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

6

7

8  **I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **4/6/11** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

9

10

11  ☐   Service information continued on attached page

12     - **M Jonathan Hayes**      jhayes@polarisnet.net
       - **Christopher M McDermott**   ecfcacb@piteduncan.com
13     - **Elizabeth (SV) F Rojas (TR)**   cacb_ecf_sv@ch13wla.com
       - **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov

14

15  **II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **4/6/11** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

16

17

18  ☐   Service information continued on attached page

19  Hon. Geraldine Mund
US Bankruptcy Court                        Kenneth and Micki Hazz
20  21041 Burbank Blvd., Suite 342            3836 Claire Court
Woodland Hills, CA 91367                  Newbury Park, CA 91320

21

22  **III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **4/6/11** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

23

24

25  ☐ Service information continued on attached page

26  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

27

| 4/6/11 | Roksana D. Moradi | /s/ Roksana D. Moradi |
|--------|-------------------|------------------------|
| Date   | Type Name         | Signature              |

28

II. <u>SERVED BY U.S. MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL</u> (indicate method for each person or entity served):
*(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| *Name of 1st Lien Holder & Address*<br>GMAC Mortgage<br>P.O. Box 79135<br>Phoenix, AZ 85062-9135 | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☑ Other: *specify*<br><br>DEBTORS' SCHEDULES | Delivery Method<br>☑ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____ |
| *Name of 1st Lien Holder- Agent for Service of Process*<br>GMAC Mortgage<br>c/o CSC - LAWYER'S INCORP. SERVICE<br>2730 GATEWAY OAKS DRIVE, STE 100<br>SACRAMENTO, CA 95833 | Address from:<br>☐ Proof of claim  ☑ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☑ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____ |
| *Name of 1st Lien Holder – Servicing Agent* | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____ |

| *Name of 2nd Lien Holder & Address*<br>GMAC Mortgage<br>P.O. Box 79135<br>Phoenix, AZ 85062-9135 | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☑ Other: *specify*<br><br>DEBTORS' SCHEDULES | Delivery Method<br>☑ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____ |
| *Name of 2nd Lien Holder- Agent for Service of Process*<br>GMAC Mortgage<br>c/o CSC - LAWYER'S INCORP. SERVICE<br>2730 GATEWAY OAKS DRIVE, STE 100<br>SACRAMENTO, CA 95833 | Address from:<br>☐ Proof of claim  ☑ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☑ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____ |
| *Name of 2nd Lien Holder – Servicing Agent* | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____ |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                    Page 5                                    **F 4003-2.4.MOTION**